IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STEPHEN WILCOX : | |
| : | CIVIL ACTION |
| v. : | |
| : | NO. 22-735 |
| : | |
| UNITED STATES DEPARTMENT : | |
| OF COMMERCE, ET AL. : | |

## ORDER

**AND NOW**, this <u>6th</u> day of February, 2024, upon consideration of Defendant's Motion to Partially Dismiss Plaintiff's Amended Complaint (ECF No. 7) and all documents submitted in support thereof and in opposition thereto, it is **ORDERED** that Defendant's Motion is **GRANTED**.  Counts I, II, and III are **DISMISSED** *without prejudice*.  Count IV is **DISMISSED** *with prejudice*.

**IT IS SO ORDERED.**

BY THE COURT:

/s/ R. Barclay Surrick
**R. BARCLAY SURRICK, J.**